UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
New York Division
-----------------------------------------------------------------x
                                                                 :
DUNKIN' DONUTS FRANCHISED                                        :
  RESTAURANTS LLC,                                               :
  a Delaware Limited Liability Company,                          :
                                                                 :
DD IP HOLDER LLC,                                                :
  a Delaware Limited Liability Company,                          :
                                                                 :
                    Plaintiffs,                                  :
                                                                 :
            v.                                                   :   C.A. No. 07-CV-3699 (HB)
                                                                 :
AKCL INT'L GROUP, LTD.,                                          :
  a New York Corporation              ,                          :
                                                                 :
                    Defendant.                                   :
-----------------------------------------------------------------x

## CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Federal Rule of Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiffs Dunkin' Donuts Franchised Restaurants LLC ("Dunkin' Donuts" or "Dunkin'") makes the following statement identifying all its parent corporations, and listing any publicly held company that owns 10% or more of Dunkin' Donuts' stock:

Corporate affiliations.

Plaintiff Dunkin' Donuts, a Delaware limited liability company, operates a franchise system under the trade name "Dunkin' Donuts." Dunkin' Donuts Franchised Restaurants LLC is a wholly-owned subsidiary of Dunkin' Brands, Inc., which in turn is a wholly-owned, indirect subsidiary of Dunkin' Brands Holdings, Inc. DD IP Holder LLC, a Delaware limited liability company, is a wholly owned subsidiary of Dunkin' Donuts Brands, Inc., and owns all of Dunkin'

Donuts Franchised Restaurants LLC's U.S. trademarks. Dunkin' Brands, Inc. does not do business under any other name; however, its subsidiary, Mister Donut of America, Inc., formerly franchised coffee and doughnut shops under the name "Mister Donut."

Plaintiff Dunkin' Donuts is unaware of any publicly held company that owns 10% or more of Plaintiff's stock. Dunkin' Donuts is also unaware of the identity of any corporation, unincorporated association, partnership or other business entity, not a party to the case, which may have a financial interest in the outcome of this litigation.

Respectfully submitted,

/s/ Ronald D. Degen_____
Ronald D. Degen, Esq.  (RD 7808)
Scott Goldfinger, Esq.  (SG 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone:	(212) 227-4530
Facsimile:	(212) 385-9813
E-mail:	rdegen@odlegal.com

Robert L. Zisk (RZ 1275)
David E. Worthen (DW 8519)
Jimmy Chatsuthiphan (JC 3111)
GRAY, PLANT, MOOTY, MOOTY
  & BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone:	(202) 295-2200
Facsimile:	(202) 295-2250

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC, and
DD IP Holder LLC

Dated: May 10, 2007

2