UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
DUNKIN' DONUTS FRANCHISED                                   :
 RESTAURANTS, LLC,                                          :
DD IP HOLDER LLC,                                           :
                                                            :
                              Plaintiffs,                   : Case No. 07-CV-3699 (HB)
                                                            :
        v.                                                  :
                                                            :
AKCL INT'L GROUP, LTD.,                                     :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/15/07

**ORIGINAL**

### ORDER TO SHOW CAUSE

Upon the annexed **Certification of Ronald D. Degen, pursuant to Local Rule 6.1(d)**, and all the other papers annexed hereto in support of the motion of Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and DD IP Holder LLC for a preliminary injunction enjoining Defendant AKCL Int'l Group, Ltd. to cease violating the Dunkin' Donuts standards for health, sanitation and safety set forth in Defendant's Franchise Agreement at its business located at 215 First Avenue, New York, New York; and sufficient cause therefor appearing, it is

**ORDERED**, that Defendant AKCL Int'l Group, Ltd. show cause before HONORABLE HAROLD BAER, United States District Judge, on the 29 day of MAY, 2007, at 10:30 o'clock in the AM ~~noon~~ of that day or as soon thereafter as counsel can be heard, at Courtroom 23B, the United States Court House, 500 Pearl Street, New York, New York, why an order should not be entered granting Plaintiffs' motion for a preliminary injunction enjoining Defendant to cease violating Plaintiffs' standards for health, sanitation, and safety, as identified on the Food Safety and Sanitation Inspection form dated April 19, 2007, attached to Plaintiffs'

motion papers as Exhibit 2-A; and it is further

**ORDERED**, that opposition papers, if any, must be filed with the Court and two (2) copies must be served on Plaintiffs' attorneys on or before the __24__ day of __MAY__, 2007; and it is further

**ORDERED**, that reply papers, if any, must be filed with the Court and served on Defendant or its attorney ~~on or before the~~ in Court on the __29__ day of __MAY__, 2007; and it is further

**ORDERED**, that Plaintiffs' attorneys shall deliver courtesy copies of all papers to the chambers of Judge Harold Baer on or before the __25__ day of __MAY__, 2007; and it is further _(and for reply)_

**ORDERED**, that service of a copy of this Order and the papers upon which it is made upon Defendant by overnight carrier on or before the __16__ day of May, 2007, be deemed good and sufficient service.

Dated: New York, New York

May __15__, 2007

_____
**HAROLD BAER**
United States District Judge