**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**New York Division**
-----------------------------------------------------------------x
: 
DUNKIN' DONUTS FRANCHISED                          :
  RESTAURANTS LLC,                                 :
  a Delaware Limited Liability Company,            :
                                         :
DD IP HOLDER LLC,                                  :
  a Delaware Limited Liability Company,            :
                                         :
                 Plaintiffs,                     :
                                         :
                 v.                          :    C.A. No. 07-CV-3699 (HB)
                                         :
AKCL INT'L GROUP, LTD.,                            :
  a New York Corporation,                          :
                                         :
                 Defendant.                      :
-----------------------------------------------------------------x

## PLAINTIFF DUNKIN' DONUTS FRANCHISED
## RESTAURANTS LLC'S MOTION FOR A PRELIMINARY INJUNCTION

Plaintiff Dunkin' Donuts Franchised Restaurants LLC ("Dunkin'" or "Dunkin' Donuts")

hereby moves to enjoin its franchisee, Defendant AKCL Int'l Group, Ltd. to cease violating at its

Dunkin' Donuts shop the standards for health, sanitation, and safety set forth in Defendant's

Franchise Agreement with Dunkin' and Dunkin's operating manuals.  At present, Defendant is in

flagrant violation of those standards.  For example, a recent inspection of Defendant's shop

revealed numerous violations of health and safety standards, including rodent droppings found

on the premises, expired food products, damaged refrigerator gaskets and uncleaned and poorly

maintained premises.  Despite requests by Dunkin' and ample opportunity to cure, Defendant

refuses to correct this unacceptable situation.  This is an action to effect an immediate cure of

specific conditions currently posing a health or safety risk at Defendant's shop.  These

conditions are a material breach of the Franchise Agreement as well.  Dunkin' does not seek an

order mandating future compliance, but only the cessation of an existing condition.

1.      Defendant is Dunkin' Donuts franchisee for a doughnut shop located at 215 First Avenue, New York, New York 10003 ("Defendant's Shop") pursuant to a Franchise Agreement dated March 10, 2004.

2.      A Steritech Group, Inc. ("Steritech") representative, a third-party hired by Dunkin' Donuts to conduct food safety inspections, recently inspected Defendant's Shop and found numerous violations of health, sanitation, and safety standards.  Despite notice by Dunkin' and ample opportunity to cure, Defendant has failed to correct this situation.

3.      By this Motion, Dunkin' seeks to enjoin Defendant to cease violating at Defendant's Shop the standards for health, sanitation, and safety set forth in the Franchise Agreement between the parties and Dunkin's operating manuals.

4.      In support of this Motion, Dunkin' relies on the accompanying Memorandum of Law, certifications, and exhibits.

WHEREFORE, Plaintiff Dunkin' Donuts respectfully requests that the Court grant its motion for a preliminary injunction and enjoin Defendant to cease violating at Defendant's Shop Dunkin's standards for health, sanitation, and safety as identified on the Quality Assurance Food Safety & Sanitation Inspection form dated April 25, 2007 within five (5) days of the date of the Court's Order.

Respectfully submitted,


/s/ Ronald D. Degen_____
Ronald Degen, Esq.  (RD 7808)
Scott Goldfinger, Esq.  (SG 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone:      (212) 227-4530
Facsimile:      (212) 385-9813
E-mail:         rdegen@odlegal.com

Robert L. Zisk (RZ 1275)
David E. Worthen (DW 8519)
Jimmy Chatsuthiphan (JC 3111)
GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.
2600 Virginia Avenue, N.W.
Suite 1111
Washington, DC 20037
Telephone:      (202) 295-2200
Facsimile:      (202) 295-2250

*Attorneys for Plaintiffs*
Dunkin' Donuts Franchised Restaurants LLC, and
DD IP Holder LLC

Dated: May 14, 2007