# Quality Assurance Food Safety & Sanitation Inspection

## Dunkin' Donuts

| | | | |
|---|---|---|---|
| **Shop:** | 340728 | **Violations:** | 22 |
| | | **Cured in the Moment:** | 6/22 |
| **Franchisee/Manager:** | Dilara Mohammed | **Auditor:** | Robert Sproule |
| **Address:** | 215 1ST AVENUE | **Date:** | Apr 19, 2007 |
| | NEW YORK, NY 10003 | | |
| **Start Time:** | 11:24 AM | **Stop Time:** | 01:55 PM |

**Franchisee/Manager Signature:**

*[signature: Dilara Mohammed]*

**Auditor Signature:**

*[signature: Robert M Sproule]*

---

| Summary | Violations | Cured in the Moment |
|---|---|---|
| Sanitation | 6 | 5 |
| Time & Temperature | 4 | 0 |
| Hygiene | 1 | 0 |
| Operations | 6 | 1 |
| Documentation | 5 | 0 |
| Total | 22 | 6 |

## Sanitation

**S01** Violation, Cured in the Moment
Are sanitizer solutions clean and of adequate concentration and test strips used?

Answer: PAIL:
- Click San sanitizer in three pails in backroom well under 150 ppm. "Quad" quaternary ammonium (quad quat) should be used at a concentration of 150-400 ppm.

Corrective Action: _OK_

**S02** Violation, Cured in the Moment
Are in-use wiping cloths stored in sanitizing solution?

Answer: STORED OUT OF BUCKET:
- Wet wiping cloth observed on drainboard at 3 compartment sink.

Corrective Action: _OK_

**S03** Violation, Cured in the Moment
Are two or three-compartment sinks set up and used properly (wash, rinse, sanitize, air-dry)?

Answer: NOT AIR DRYING PROPERLY:
- Food pans stacked wet.

Corrective Action: _OK_

Answer: CLEAN ITEMS ON DIRTY DRAINBOARD:
- Clean food pans on dirty drainboard.

Corrective Action: _OK_

**S07a** Violation

**Are food contact surfaces of equipment and utensils washed, rinsed and sanitized properly and at proper frequency?**

Answer: ICE MACHINE:
- Mold observed inside ice machine.

Corrective Action: _OK_

Answer: STEAM WAND:
- Excessive dirt at the top of the steam wand.

Corrective Action: _OK_

S07b   Violation, Cured in the Moment
**Are non-food contact surfaces of equipment washed, rinsed and sanitized properly and at proper frequency?**

Answer: GASKETS:
- Excessive debris on gasket in dairy dispenser behind counter.

Corrective Action: _OK_

S10   Violation, Cured in the Moment
**Are chemicals properly labeled (e.g. spray bottles, buckets, sanitizer cups) and stored below or away from food, food packaging, and food contact surfaces?**

Answer: NOT LABELED:
- Soap at handsink not labeled.

Corrective Action: _OK_

Answer: IMPROPERLY LABELED:
- Clear liquid observed in Caramel swirl container, discarded.

Corrective Action: _OK_

Answer: STORED ON OR ABOVE CLEAN DRAINBOARD AREA:
- Bathroom cleaner and oven cleaner above clean drainboard.

Corrective Action: _Cleaner stored above unit - removed_

## Time & Temperature

T02   Violation
**Are refrigerated products received at 41°F maximum?**

Answer: TEMP NOT CHECKED:
- Only one refrigerated and two frozen temperatures recorded for all of March 2007.

Corrective Action: _April complete_

T04   Violation
**Are all frozen foods thawed refrigerated at 41°F maximum?**

Answer: NOT FULLY THAWED PRIOR TO COOKING:
- Omelet measured internal temperature of 26°F in reach-in cabinet at sandwich station.

Corrective Action: _Egg at 26°F_

T05   Violation
**Are refrigerated foods in cold holding units stored at 41°F maximum? (e.g. Front Service Area)**

Answer: PRODUCT MEASURED ABOVE 41°F:
- Cream cheese in refrigerated drawer at sandwich station measured internal temperature of 47°F.

Corrective Action: _OK_

- Milk in dairy dispenser at front counter measured internal temperature of 43°F.

Corrective Action: _OK_

T08   Violation
**Are Dunkin Donuts pre-portioned items cooked in an approved equipment to 140°F or 165°F depending on product?**

Answer: OMELET NOT 140°F:
- Internal temperature of omelet measured 136°F after being cooked in microwave.

Corrective Action: _Reached only 119°F_

## Hygiene

H03  Violation
**Are handwash sinks provided, shielded, accessible, working properly, dedicated for hand washing only, and supplied with approved hand soap and single use paper towels or heated hand dryer?**

Answer: NOT SHIELDED:
- Handsink in backroom not provided with splash guards.

Corrective Action: _____

## Operations

O01  Violation
**Is store free of pests? (e.g. no evidence of bugs, rodents, or birds)**

Answer: RODENTS:
- One live mouse observed on glue board in trap in basement under walk-in freezer compressor.

Corrective Action: _No rodents observed_
- Mouse droppings at the bottom of the stair well with ramp.

Corrective Action: _Dropping found_

Answer: COCKROACHES:
- One dead cockroach in basement under walk-in freezer compressor.

Corrective Action: _None found_

O02  Violation
**Is the store free of imminent health hazards? (e.g., sewer backup, alleged illness outbreak, adulterated product, power outage, no running water)**

Answer: ADULTERATED PRODUCT:
- Mold observed in ice in ice machine.

Corrective Action: _OK_

O07  Violation
**Are premises clean and maintained? (e.g. non-food contact surfaces including dumpster area, restroom, toilets, sinks, floors, walls, ceilings, storeroom and restroom supplies available.)**

Answer: FLOORS:
- Holes at the bottom edges of the stairs under the ramp in the basement.

Corrective Action: _Holes still found_

Answer: WALLS:
- Gaps in wall fixtures on both sides at the bottom of the stairwell in the basement.

Corrective Action: _Gaps still exist_

Answer: SHELVING:
- Counter under iced coffee maker in backroom damaged.

Corrective Action: _Counter damaged_

O08  Violation
**Are food and packaging protected from contamination?**

Answer: NOT COVERED:
- Omelets and bagels observed uncovered in boxes in downstairs walk-in freezer, CURED IN THE MOMENT.

Corrective Action: _OK_

Answer: BULBS NOT SHIELDED:
- None on bulb in walk-in freezer in basement.

Corrective Action: _OK_
- End caps missing from shields above lower three shelves in bagel display case.

Corrective Action: _OK_

- Dunkin cups on counter beside Hot Chocolate machine, CURED IN THE MOMENT.

Corrective Action: _OK_

- Dunkin ice coffee cups on counter beside iced coffee dispenser, CURED IN THE MOMENT.

Corrective Action: _OK_

Answer: MISUSE OF PACKAGING:
- Pens and scissors in Dunkins cup, CURED IN THE MOMENT.

Corrective Action: _OK_

O10  Violation, Cured in the Moment
**Are all food products dated, labeled and within their code date?**

Answer: OUT OF CODE:
- Everything bagel topping dated 3/24/07.

Corrective Action: _OK_

- Three containers of Lemonade Coolatta Concentrate dated 11 April 2007.

Corrective Action: _Strawberry Coolatta Concentrate dated 4/4/07_

O11  Violation
**Are equipment, utensils and food storage containers approved and in good condition?**

Answer: EQUIPMENT IN DISREPAIR:
- Damaged gasket on reach-in No.2 in backroom.

Corrective Action: _Damaged gasket_

## Documentation

D01  Violation
**Are Retail Food Safety System Self-Assessments being completed accurately on a monthly basis and corrective actions taken?**

Answer: INCOMPLETE
- Only four line items checked in March's assessment.

Corrective Action: _April done_

D02  Violation
**Were coliform tests conducted by Franchisee (minimum 2 per month and each item retested until results are within specification)?**

Answer: NO DOCUMENTATION:
- No records for tests in March 2007.

Corrective Action: _None done yet for April_

D03  Violation
**Are receiving temperatures, observations and corrective actions documented for each delivery received?**

Answer: INCOMPLETE:
- Two temperatures recorded for all of March 2007.

Corrective Action: _April complete_

D06  Violation
**Are cooking temperatures documented daily for the egg, batch egg, and batch sausage settings on each Dunkin' Donuts microwave and weekly for all other pre-portioned breakfast items?**

Answer: NOT ACCURATE:
- Temperatures similar for microwave tests, boxes on temperature sheet completed that are not applicable to this shop. Avoid dry labbing and ensure accurate temperatures are checked and recorded.

Corrective Action: _April complete_

D08  Violation
**Are cold holding temperatures documented every 4 hours for potentially hazardous foods?**

Answer: INCOMPLETE:
- Numerous missed entries throughout March for 2am temperature checks. Employees confirmed the shop is open 24/7.

Corrective Action:

**Re-inspection Notes:**

N010. Coffee pot cleaner found above Sanitizer sink
T011. Eggs not thawed — at 26°F
O01: Numerous droppings found on top of walkin freezer and near stairs in basement
T08. Egg reached 119°F after cooking in microwave
O07: Hols found in stairs
O07: Gaps in walls
O07: counter damaged
O10: Strawberry coolatta base expired on April 4, 2007
O11: Damaged gasket on No 2 refrigerator

FSM Signature: _____  Date: 4/25/07
Franchisee/Manager Signature: _____  Date: 4/25/07