

PC#340728; 4/25/07
T04: Eggs not thawed at reach-in sandwich station. Internal temperature of 26°F



PC#340728; 4/25/07
T04: Eggs not thawed at reach-in sandwich station. Internal temperature of 26°F



PC#340728; 4/25/07
T08: Internal Temperature of egg measured 119°F after cooking in microwave.



PC#340728; 4/25/07
T08: Internal Temperature of egg measured 119°F after cooking in microwave.



PC#340728; 4/25/07
O01: Rodent Droppings found near stairs in basement



PC#340728; 4/25/07
O01: Rodent Droppings found near stairs in basement



PC#340728; 4/25/07
O01: Rodent Droppings found near stairs in basement



PC#340728; 4/25/07
O01: Rodent Droppings found near stairs in basement



PC#340728; 4/25/07
O07: Holes in stairs/walls found near stairs in basement.



PC#340728; 4/25/07
O07: Holes in stairs/walls found near stairs in basement.