

PC#340728; 4/25/07
O07: Holes in stairs/walls found near stairs in basement.



PC#340728; 4/25/07
O07: Holes in stairs/walls found near stairs in basement.

PC#340728; 4/25/07
O10: In use Strawberry Coolatta base in upstairs refrigerator expired on April 4, 2007.



PC#340728; 4/25/07
O10:  In use Strawberry Coolatta base in upstairs refrigerator expired on April 4, 2007.



PC#340728; 4/25/07
O11: Broken gasket on cold holding refrigerator located in back area.



PC#340728; 4/25/07
O07: Damaged counter near Iced Coffee dispenser.



PC#340728; 4/25/07
O07: Gap and Damage to wall near stairs in basement



PC#340728; 4/25/07
O01: Rodent Droppings found near stairs in basement



PC#340728; 4/25/07
O01: Rodent Droppings found on top of walk-in box in basement