UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
DUNKIN' DONUTS FRANCHISED :
  RESTAURANTS, LLC, :
DD IP HOLDER LLC, :
:
                        Plaintiffs, : Case No. 07-CV-3699 (HB)
:
    v. :
:
AKCL INT'L GROUP, LTD., :
:
                       Defendant. :
:
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury, that on May 15, 2007 I served a copy of Plaintiffs' Order to Show Cause, Certification Pursuant to Local Rule 6.1(d), Motion, Memorandum of Law and Certifications and Exhibits, together with a courtesy copy of the Summons, Complaint, Individual Practices of Judge Harold Baer, Jr., USDC/SDNY 3rd Amended Instructions for Filing an electronic Case, USDC/SDNY Procedures for Electronic Case Filing and USDC/SDNY Guidelines for Electronic Case Filing, which were served upon Defendant through the Secretary of State, by overnight carrier for next business day delivery addressed to each of the following:

AKCL Int'l Group, Ltd.
d/b/a Dunkin' Donuts
215 First Avenue
New York, New York 10003

Dated: May 15, 2007.

                                                                /s/ Ronald D. Degen
                                                                **RONALD D. DEGEN** (RD 7808)