United States District Court Southern District of New York

DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, DD
IP HOLDER LLC,
              Plaintiffs,              Case No. 07 CV 3699
  V.                                         Judge Baer

AKCL INT'L GROUP, LTD.
              Defendant,

State of New York
County of Saratoga:

The undersigned, being duly sworn, deposes and says that she is over the age of twenty-one years, that on May 14th 2007 4:20 PM at the office of the Secretary of State, of the State of New York in the City of Albany, New York 12207, she served the: Summons, complaint, Individual practices of Judge Harold Bear USDC/SDNY 3rd Amended Instructions for filing an electronic case, USDC/SDNY procedures for electronic case filing and USDC/SDNY Guidelines for electronic case filing

ON: AKCL Intl'l Group, Ltd.

Defendant in this action, by delivering to and leaving with Amy Lesch, DEMO In the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State at 41 State St. Albany, NY 12207, two copies thereof and that at the time of making such service, deponent paid Secretary of State a fee of forty dollars. That said service was made pursuant to Section *306 BCL*
Deponent further says that she knew the person so served as aforesaid to be the *DEMO* in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that she describes the person actually served as follows:

Sex: female   Skin Color: white   Hair Color: brown   Age (Approx.) 28

Height (Approx.) 5'5"   Weight (Approx.) 160   Other identifying features:

Sworn to before me this
15th day of May 2007

_____
Notary Public
Richard Grice Notary Public State of New York
Saratoga County, No. 4835860
Commission Expires: May. 31, 2007

_____
Sara Grice