ATTORNEYS AT LAW
BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530

FAX 212-385-9813

**HAROLD BAER**
**U.S. DISTRICT JUDGE**
**S. D. N.Y.**
THOMAS H. O'ROURKE
1976 • 2003

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

May 25, 2007

BY TELEFAX

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Dunkin' Donuts Franchised*
*Restaurants LLC, et al. v.*
*AKCL Int'l Group Ltd.*
Case No. 07-CV-3699 (HB)

Dear Judge Baer:

My office represents Plaintiffs Dunkin' Donuts Franchised
Restaurants LLC and DD IP Holder LLC in the above action.
Plaintiffs' motion for a preliminary injunction is scheduled to
appear on Your Honor's calendar on **Tuesday, May 29, 2007, at**
**10:00 A.M.** The purpose of the motion was to get Defendant to
remove health and safety violations. Yesterday a Dunkin' Donuts
employee inspected the shop and ascertained that it had been
cleaned up. The only remaining issue is attorney's fees, to
which Plaintiff Dunkin' Donuts Franchised Restaurants LLC is
entitled, pursuant to its Franchise Agreement with Defendant.

In view of the foregoing, I request that Your Honor mark the
motion withdrawn, or adjourn the case for four weeks. In the
interim the time within which Defendant must answer the complaint
will have passed. Depending upon what action Defendant takes, I
shall: (1) seek a default judgment, if Defendant does not
answer; (2) file a motion for summary judgment, if Defendant
answers the complaint; or (3) file a Notice of Dismissal, if
Defendant pays the attorney's fees.

Very truly yours,

Ronald D. Degen

RDD:rg

SO ORDERED:

Harold Baer, Jr., U.S.D.J.

Date:

Endorsement:

I will take this off my 5/29 calendar and will schedule a PTC on June 28 at 2:30 P.M. to resolve any open matters. Be sure to notify your advesary.