```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
New York Division

---

DUNKIN' DONUTS FRANCHISED
  RESTAURANTS LLC,
  a Delaware Limited Liability Company,

DD IP HOLDER LLC,
  a Delaware Limited Liability Company,

                Plaintiffs,

      v.                                      C.A. No. 07-CV-3699 (HB)

AKCL INT'L GROUP, LTD.,
  a New York Corporation,

                Defendant.

---

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE, that no adverse party has served an answer or a motion for summary judgment and that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC and DD IP HOLDER LLC, by their attorneys, O'ROURKE & DEGEN, PLLC, hereby voluntarily give notice of the dismissal, without prejudice, of this action. *The Clerk is instructed to close this case + remove it from my docket*

Respectfully submitted,

*[signature]*
Ronald D. Degen, Esq. (RD 7808)
Scott Goldfinger, Esq. (SG 9219)
O'ROURKE & DEGEN, PLLC
225 Broadway, Suite 715
New York, New York 10007
Telephone:  (212) 227-4530
Facsimile:   (212) 385-9813
E-mail:      rdegen@odlegal.com

SO ORDERED:
*[signature]*
Harold Baer, Jr., U.S.D.J.
Date: 7/2/07