ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

O'ROURKE & DEGEN, PLLC
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530
Fax 212-385-9813

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

THOMAS H. O'ROURKE
1976 - 2005

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

KRISTIN M. LASHER
klasher@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

June 27, 2007

BY TELEFAX

Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

      Re: *Dunkin' Donuts Franchised Restaurants LLC, et al. v. AKCL Int'l Group Ltd.*
      Case No. 07-CV-3699 (HB)

Dear Judge Baer:

    My office represents Plaintiffs Dunkin' Donuts Franchised Restaurants LLC and DD IP Holder LLC in the above action. Enclosed you will find a Notice of Dismissal, that was sent to the Clerk of the Court by e-mail today. I respectfully request that you cancel the conference scheduled for **Thursday, June 28, 2007, at 2:30 P.M.**

                             Very truly yours,

                             RONALD D. DEGEN

RDD:rg

*The conference is cancelled*

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
Date: 7/2/07